■ In the Matter of the Claim of CAROLYN C. GILBOA,

Respondent. CITY UNIVERSITY OF NEW YORK, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 14, 1985, which ruled that claimant was entitled to receive benefits.

Decision affirmed, without costs (see, Matter of Laudadio [City Univ. of N. Y.—Roberts], 108 AD2d 1091). Mahoney, P. J., Kane, Mikoll, Levine and Harvey, JJ., concur.